**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

**REHEARING ACTION: January 13, 2010**

**Docket Number: 09   00492-WCA**

**DEXTER MITCHELL**
**VERSUS**
**ARTCRETE, INC.**

**Appealed from Office of Workers' Compensation - # 2 Case No. 07-03356**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Oswald A. Decuir**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dexter Mitchell** has this day been

> **DENIED.**

cc: James J. Hautot, Jr., Counsel for the Appellee